FILED
2018 Mar-12 PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| ALLEGHENY CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case no.: 2:17-cv-01991-JHE |
| | ) | |
| SHELBY COUNTY, ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff Allegheny Casualty Company ("Allegheny"), pursuant to Rule 41(a)(1)(A)(i), FED. R. CIV. P., and gives notice of dismissal of all of its claims against the State of Alabama without prejudice.

Respectfully submitted this the 12th day of March, 2018.

/s/ Cason M. Kirby
A. Todd Campbell
Cason M. Kirby
Counsel for Allegheny

OF COUNSEL

**CAMPBELL GUIN, LLC**
A. Todd Campbell
Cason M. Kirby
505 20th Street North, Suite 1600
Birmingham, Alabama 35203
Tel.: (205) 633-0267
Fax.: (205) 633-0367
todd.campbell@campbellguin.com
cason.kirby@campbellguin.com
www.campbellguin.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon counsel for all parties by electronic service and/or First Class Mail, postage prepaid, properly addressed, on this the 12th day of March, 2018.

J. Bentley Owens, III
Frank C. Ellis, Jr.
ELLIS, HEAD, OWENS & JUSTICE
113 N. Main Street
P. O. Box 587
Columbiana, AL 35051

*Counsel for Defendant Shelby County, Alabama*

**Alternative Justice Bail Bonding Agency, Inc.**
1549-B 37th Street East
Tuscaloosa, Alabama 35405

                              */s/ Cason M. Kirby*
                              A. Todd Campbell