# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALLEGHENY CASUALTY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:17-cv-01991-JHE |
| ) | |
| SHELBY COUNTY ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

A notice of dismissal having been filed in this action, (doc. 22), it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff's claims against Defendant the State of Alabama are **DISMISSED WITHOUT PREJUDICE**.

DONE this 12th day of March, 2018.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE