## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ALLEGHENY CASUALTY COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:17-cv-01991-JHE |
| SHELBY COUNTY ALABAMA, et al., | ) |
| Defendants. | ) |

### CONSENT JUDGMENT[1]

On February 26, 2018, Plaintiff Allegheny Casualty Company ("Allegheny") and Defendant Shelby County, Alabama ("Shelby County") jointly moved for entry of a stipulated consent judgment they have agreed to enter into as to Allegheny's claims asserted against Shelby County in this matter.[2] (Doc. 21). That motion is **GRANTED**, and, as set out in the parties' proposed order, (doc. 21-1), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Shelby County stipulates that it has no legal authority to seek to collect the forfeiture of the Appearance Bond described in the Complaint in this action. Shelby County further stipulates that it is not a party to the final judgment of forfeiture described in Allegheny's Complaint and that it will not and has no legal right to record, pursue, seek to collect, or otherwise seek satisfaction of the final judgment of forfeiture described in the Complaint.

---

[1] In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties in this case have voluntarily consented to have a United States Magistrate Judge conduct any and all proceedings, including trial and the entry of final judgment. (Doc. 14).

[2] The parties state that entry of the consent judgment moots Shelby County's pending motion to dismiss, (doc. 6). (Doc. 21 at ¶ 2). The Clerk is **DIRECTED** to **TERM** that motion.

2. This Court retains jurisdiction over this matter for the purpose of considering any motions or other matters relating to the enforcement of this Consent Judgment.

3. Costs are taxed as paid.

DONE this 13th day of March, 2018.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE